1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____/

This Order Relates To:

*See Appendix*

Case No. 23-md-03084-CRB

**ORDER DEEMING MOOT
MOTIONS FOR LEAVE TO
PROCEED ANONYMOUSLY**

In the cases listed below, the plaintiffs move for leave to proceed anonymously.
The Court deems these motions moot in light of the parties' stipulated order regarding
MDL plaintiffs who wish to proceed anonymously, which was entered on the main MDL
docket on December 28, 2023.  See Stipulation and Order Re: Plaintiffs Who Wish to
Proceed Anonymously, Dkt. No. 174.

It will be unnecessary for any plaintiffs who may later file cases in this MDL to file
motions for leave to proceed anonymously, unless they specifically seek to do so according
to terms other than those set forth in the Stipulation and Order Re: Plaintiffs Who Wish to
Proceed Anonymously.

**IT IS SO ORDERED.**

Dated: January 5, 2024

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

**Appendix**

| Member Case No. | Motion Dkt. No. |
|---|---|
| 23-cv-05915-CRB | 6 |
| 23-cv-06200-CRB | 6 |
| 23-cv-06534-CRB | 3 |
| 24-cv-00024-CRB | 4 |
| 23-cv-06149-CRB | 6 |